**FILED & ENTERED**

**DEC 17 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fisherl    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| John W. Scheuplein, IV | Case No.: 1:23-bk-10565-VK<br>Adv No: 1:23-ap-01042-GM |
| Debtor(s). | **JUDGMENT AFTER TRIAL** |
| Copy Solutions Inc. | |
| Plaintiff(s), | |
| v. | |
| John W. Scheuplein | |
| Defendant(s). | |

This matter came on for trial on April 16, 2025 before the Honorable Geraldine Mund, United States Bankruptcy Judge. Robert S. Crowder and Jason M. Torf of Tucker Ellis LLP appeared on behalf of the Plaintiff. James D. Hornbuckle of Cornerstone Law Corporation appeared on behalf of the Defendant. After testimony and evidence, the Court issued its Memorandum of Opinion (dkt. 58) finding for the Defendant. The Court

-1-

ordered the Defendant to submit its request for attorney's fees and that matter was heard on December 16, 2025, with the same counsel appearing.  The Court had issued its tentative ruling and after argument adopted that, awarding $28,192.50 to the Defendant.

Judgment is hereby to be entered as follows:

Defendant John W. Scheuplein has no liability to Copy Solutions Inc. for the matters contained in this adversary proceeding.  The discharge will not exempt any amount for the claim of Copy Solutions Inc.

As the prevailing party, Defendant John W. Scheuplein is granted a judgment against Copy Solutions Inc. for attorney's fees in the sum of $28,192.50.

###

Date: December 17, 2025

Geraldine Mund
United States Bankruptcy Judge